IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:14-cv-00356-RPM

GREGORY L. THATCHER,

    Plaintiff,

v.

XL SPECIALTY INSURANCE COMPANY,

    Defendant.
_____

**ORDER GRANTING STIPULATED MOTION FOR PLAINTIFF TO WITHDRAW CLAIM FOR PUNITIVE DAMAGES**
_____

    This matter, having come before the Court on the Stipulated Motion for Plaintiff to Withdraw Claim for Punitive Damages, and the Court being fully advised, does enter the following Order:

    IT IS HEREBY ORDERED that the Stipulated Motion for Plaintiff to Withdraw Claim for Punitive Damages is GRANTED.

    DATED this 30th day of May, 2014.

                                                                          BY THE COURT:

                                                                          s/Richard P. Matsch
                                                                          _____
                                                                          United States District Court Judge