IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:14-cv-00356-RPM

GREGORY L. THATCHER,

    Plaintiff,

v.

XL SPECIALTY INSURANCE COMPANY,

    Defendant.

_____

ORDER GRANTING MOTION TO DISMISS AND FOR FILING AMENDED COMPLAINT
_____

On May 30, 2014, the defendant XL Specialty Insurance Company filed a motion to dismiss the second and third claims for relief in plaintiff's complaint [Doc. 18]. The plaintiff filed his response in opposition on July 7, 2014, [Doc. 24]. In that response the plaintiff makes statements of fact which are not contained in the complaint. The motion to dismiss addresses the factual allegations of the complaint and the complaint is insufficient to state claims for relief as alleged in the second and third claims. The complaint being insufficient, it is

    ORDERED that the motion to dismiss is granted and it is

    FURTHER ORDERED that the plaintiff shall have to and including July 29, 2014, within which to file an amended complaint.

    DATED: July 8, 2014

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge