IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:14-cv-00356-RPM

GREGORY L. THATCHER,

    Plaintiff,

v.

XL SPECIALTY INSURANCE COMPANY

    Defendant.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL**
_____

    This matter coming before the Court on the parties' Stipulation for Dismissal and the Court being duly advised in the premises,

    IT IS ORDERED that the Stipulation is GRANTED. All claims in this action are hereby dismissed with prejudice, each party to pay their own fees and costs.

    DATED this 6th day of August, 2014.

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge